IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:92CR14 |
| v. | ) | |
| JOHNNY RAY BUTLER, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for appointment of counsel (Filing No. 1200). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. **Peder C. Bartling, 209 South 19th Street, Suite 500, Omaha, Nebraska, 68102,** is appointed to represent defendant on his motion for reduction of sentence.

DATED this 15th day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court