IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALLEN SCOTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's declaration in support of request to proceed *in forma pauperis* (Filing No. 1199). The Court has reviewed defendant's request and finds it should be granted. Accordingly,

IT IS ORDERED that defendant's request to proceed on appeal *in forma pauperis* is granted. The appeal shall be processed without prepayment of costs.

DATED this 17th day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court