IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| CLEVELAND JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reconsideration (Filing No. 1158). The United States Court of Appeals for the Eighth Circuit affirmed the decision of the district court (Filing No. 1173), and defendant's motion is moot. Accordingly,

IT IS ORDERED that defendant's motion for reconsideration is denied as moot.

DATED this 14th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court