IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNNY RAY BUTLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion under 18 U.S.C. 3582(C)(2) for modification of sentence by a person in federal custody (Filing No. 1190). The Court finds the government should respond to said motion. Accordingly,

IT IS ORDERED:

1) The government shall file a response to defendant's motion on or before October 29, 2012.

2) If defendant wishes to respond, he shall file his response on or before November 9, 2012.

DATED this 26th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court