IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALLEN SCOTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion
for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2)
(Filing No. 1216).  The Court has reviewed defendant's current
motion, as well as his previous requests for modification of
sentence (Filing Nos. 1078 and 1191).  Defendant was convicted of
violation of 21 U.S.C. § 848(b), a continuing criminal
enterprise, and the modifications of the sentencing guidelines
are not applicable to defendant.  The United States Court of
Appeals for the Eighth Circuit has affirmed the previous
decisions of this Court to this effect (Filing No. 1215).  His
motion should be denied.  Accordingly,

IT IS ORDERED that defendant's motion for modification
of sentence is denied.

DATED this 27th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court