IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:92CR14 |
| v. | ) | |
| JOHNNY RAY BUTLER, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the motion of Peder Bartling, Bartling Law Offices, to withdraw as counsel for defendant (Filing No. 1222). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Peder Bartling is deemed withdrawn as counsel of record for defendant Johnny Ray Butler.

DATED this 2nd day of January, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court